■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LARRY JOHNSON, Appellant.— Appeal by defendant from an amended judgment of the Supreme Court, Richmond County, rendered January 23, 1973, which (1) revoked probation theretofore granted to him on November 11, 1971 upon a conviction of assault in the third degree, on a guilty plea, and (2) resentenced him to a one-year term in the New York City Correctional and Classification Institute for Men.

Appeal dismissed as moot. According to defendant's counsel, defendant has served the one-year term imposed upon resentence. Consequently, the issue raised on this appeal is academic. Hopkins, Acting P. J., Latham, Christ, Benjamin and Munder, JJ., concur.